**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: December 11, 2018**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

In re:  JEFFREY SCOTT WEIRICH                    :CASE NO: 17-32940
                                                 : (Chapter 13)
                                                 :JUDGE:  GUY R. HUMPHREY
                                                 :
                    Debtor                       :
_____

**ORDER REGARDING CHAPTER 13 TRUSTEE'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE FILED BY CREDITOR FEDERAL NATIONAL MORTGAGE ASSOCIATION (DOC. #43)**
_____

   This matter is before the Court upon the Chapter 13 Trustee's Objection to Notice of Mortgage Payment Change filed by Creditor Federal National Mortgage Association (Doc. #43) with the Court on or about October 23, 2018.  The Trustee reporting that there has been no response to the motion:

IT IS ORDERED that the Creditor's Notice of Mortgage Payment Change is disallowed in full.

IT IS FURTHER ORDERED THAT the mortgage payment shall be set at $1,505.98 per month

and the Creditor shall be ordered to waive the escrow shortage in the amount of $7,024.39, adjust the monthly mortgage payment accordingly, and provide an escrow analysis once the account has been adjusted.

SO BE IT ORDERED.

Submitted by:


___/S/_Jeffrey M. Kellner_____
Jeffrey M. Kellner 0022205
Chapter 13 Trustee
131 N. Ludlow St., Suite 900
Dayton, OH 45402
(937) 222-7600 Fax (937) 222-7383
Email: chapter13@dayton13.com



**Copies to:** Default List and Other Parties


Federal National Mortgage Association (1n3)
c/o Seterus, Inc.
P.O. Box 1047
Hartford, Connecticut 06143

Cynthia A. Jeffrey (47)
Reimer Law Co.
30455 Solon Road
Solon, Ohio 44139

Matthew Whitaker (55)
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, District of Columbia 20530

Richard J. LaCivita (1n4)
Reimer Law Co.
30455 Solon Road
Solon, Ohio 44139

U.S. Attorney (54)
602 Federal Building
200 W. Second Street
Dayton, Ohio 45402

Timothy Mayopoulos, CEO (56)
Fannie Mae
3900 Wisconsin Ave.