**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jeffrey Scott Weirich |
| Debtor 2 (Spouse, if filing) | Deborah Grace Weirich |
| United States Bankruptcy Court for the: | Southern District of Ohio |
| Case number | 3:17-bk-32940 |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust

**Court claim no.** (if known): 12-1

**Last 4 digits** of any number you use to identify the debtor's account: 9 1 8 4

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/01/2020

**New total payment:** $ 1,589.38
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 573.51    New escrow payment: $ 571.95

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1  **Jeffrey Scott Weirich**
        First Name   Middle Name   Last Name

Case number *(if known)* **3:17-bk-32940**

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/ Michelle R. Ghidotti-Gonsalves, Esq.**
   Signature

Date **10/06/2020**

Print: **Michelle R. Ghidotti-Gonsalves**
     First Name   Middle Name   Last Name

Title **Authorized Agent for Secured Creditor**

Company **Ghidotti Berger, LLP**

Address **1920 Old Tustin Avenue**
     Number   Street

**Santa Ana**   **CA**   **92705**
City   State   ZIP Code

Contact phone **949-427-2010**

Email **bknotifications@ghidottigberger.com**

*CASE NO.: 3:17-bk-32940*

## CERTIFICATE OF SERVICE

On October 6, 2020, I served the foregoing document described as *Notice of Mortgage Payment Change* on the following individuals by electronic means through the Court's ECF program:

### COUNSEL(S) FOR DEBTOR(S)

Richard E West      westlawecf@gmail.com

### TRUSTEE(S) / TRUSTEE(S) COUNSEL(S)

John G. Jansing      ecfclerk@dayton13.com
Asst US Trustee      USTPRegion09.CB.ECF@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker

On October 6, 2020, I served the foregoing documents described as *Notice of Mortgage Payment Change* on the following individuals by depositing true copies thereof in the United States mail at North Miami Beach, Florida enclosed in a sealed envelope, with postage paid, addressed as follows:

*Debtor*
**Jeffrey Scott Weirich**
780 Eagledale Circle
Kettering, OH 45429

*Joint Debtor*
**Deborah Grace Weirich**
780 Eagledale Circle
Kettering, OH 45429

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker

SN Servicing Corporation                                      Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   September 10, 2020

JEFFREY WEIRICH                                                               Loan:
DEBORAH WEIRICH
780 EAGLEDALE CIR                         Property Address:
KETTERING OH  45429                       780 EAGLEDALE CIRCLE
                                          KETTERING, OH  45429

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Oct 2019 to Oct 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Nov 01, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 1,017.43 | 1,017.43 |
| Escrow Payment: | 573.51 | 571.95 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,590.94 | $1,589.38 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Mar 01, 2020 |
| Escrow Balance: | (2,572.00) |
| Anticipated Pmts to Escrow: | 4,588.08 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $2,016.08 |

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 2,148.22 | (2,096.17) |
| Oct 2019 | 537.04 | 488.55 | | * | | 2,685.26 | (1,607.62) |
| Nov 2019 | 537.04 | 488.55 | | * | | 3,222.30 | (1,119.07) |
| Dec 2019 | 537.04 | 488.55 | | * | | 3,759.34 | (630.52) |
| Jan 2020 | 537.04 | | | * | | 4,296.38 | (630.52) |
| Feb 2020 | 537.04 | | 2,632.60 | 2,618.47 | * County Tax | 2,200.82 | (3,248.99) |
| Mar 2020 | 537.04 | 2,278.74 | | * | | 2,737.86 | (970.25) |
| Apr 2020 | 537.04 | | | * | | 3,274.90 | (970.25) |
| May 2020 | 537.04 | 573.51 | | * | | 3,811.94 | (396.74) |
| Jun 2020 | 537.04 | 1,147.02 | | * | | 4,348.98 | 750.28 |
| Jun 2020 | | | | 1,278.84 | * Homeowners Policy | 4,348.98 | (528.56) |
| Jul 2020 | 537.04 | | 1,180.94 | | * Homeowners Policy | 3,705.08 | (528.56) |
| Jul 2020 | | | 2,630.99 | 2,616.95 | * County Tax | 1,074.09 | (3,145.51) |
| Aug 2020 | 537.04 | 573.51 | | * | | 1,611.13 | (2,572.00) |
| Sep 2020 | 537.04 | | | * | | 2,148.17 | (2,572.00) |
| | | | | | Anticipated Transactions | 2,148.17 | (2,572.00) |
| Sep 2020 | | 4,014.57 | | | | | 1,442.57 |
| Oct 2020 | | 573.51 | | | | | 2,016.08 |
| | $6,444.48 | $10,626.51 | $6,444.53 | $6,514.26 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling 6,444.33. Under Federal law, your lowest monthly balance should not have exceeded 9,074.09 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

SN Servicing Corporation                                                                                   Final
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: September 10, 2020

JEFFREY WEIRICH                                                                                       Loan: ▆▆▆▆

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 2,016.08 | 2,714.23 |
| Nov 2020 | 542.86 |  |  | 2,558.94 | 3,257.09 |
| Dec 2020 | 542.86 |  |  | 3,101.80 | 3,799.95 |
| Jan 2021 | 542.86 |  |  | 3,644.66 | 4,342.81 |
| Feb 2021 | 542.86 | 2,618.47 | County Tax | 1,569.05 | 2,267.20 |
| Mar 2021 | 542.86 |  |  | 2,111.91 | 2,810.06 |
| Apr 2021 | 542.86 |  |  | 2,654.77 | 3,352.92 |
| May 2021 | 542.86 |  |  | 3,197.63 | 3,895.78 |
| Jun 2021 | 542.86 |  |  | 3,740.49 | 4,438.64 |
| Jul 2021 | 542.86 | 1,278.84 | Homeowners Policy | 3,004.51 | 3,702.66 |
| Jul 2021 |  | 2,616.95 | County Tax | 387.56 | 1,085.71 |
| Aug 2021 | 542.86 |  |  | 930.42 | 1,628.57 |
| Sep 2021 | 542.86 |  |  | 1,473.28 | 2,171.43 |
| Oct 2021 | 542.86 |  |  | 2,016.14 | 2,714.29 |
|  | $6,514.32 | $6,514.26 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 1,085.71. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 1,085.71 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 2,016.08. Your starting balance (escrow balance required) according to this analysis should be $2,714.23. This means you have a shortage of 698.15. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 24 months.

We anticipate the total of your coming year bills to be 6,514.26. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 542.86 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 29.09 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $571.95 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,560.29 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**